**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Club Village, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**26-0634044**

4.    **Debtor's address**

**Principal place of business**

**1601 NW 13 St**
**Boca Raton, FL 33486**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.    **Debtor's website** (URL)

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Club Village, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5311

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Southern District of Florida** | When | **10/22/12** | Case number | **12-35171-PGH** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Frederick Anthony DeFalco** | Relationship | **Principal of Debtor** |
|---|---|---|---|---|
| | District | **Southern District of Florida** | When | **5/19/16** | Case number, if known | **16-16697** |

Debtor   **Club Village, LLC**
Name

Case number (*if known*) _____

---

**11. Why is the case filed in** ***this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Club Village, LLC**                                Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2016**
_____
MM / DD / YYYY

**X** **/s/ Fred DeFalco**                                **Fred DeFalco**
_____        _____
Signature of authorized representative of debtor                Printed name

Title    **Managing Member**
_____

**18. Signature of attorney**

**X** **/s/ Aaron A. Wernick**                        Date    **August 22, 2016**
_____                _____
Signature of attorney for debtor                            MM / DD / YYYY

**Aaron A. Wernick**
_____
Printed name

**Furr & Cohen**
_____
Firm name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
_____
Number, Street, City, State & ZIP Code

Contact phone    **561-395-0500**        Email address    _____

**14059**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Club Village, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2016**          X */s/ Fred DeFalco*
                                                       Signature of individual signing on behalf of debtor

                                                       **Fred DeFalco**
                                                       Printed name

                                                       **Managing Member**
                                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Club Village, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C. Brooks Ricca, Jr. and Assoc. PA 1615 Forum Pl #200 West Palm Beach, FL 33401 | | Legal fees | | | | $83,262.17 |
| Comcast PO Box 105184 Atlanta, GA 30348 | | Cable | | | | $1,800.00 |
| Eubanks Air Conditioning 3 Polo Cir Boca Raton, FL 33431 | | Miscellaneous goods and services | | | | $3,000.00 |
| Frank Wolff, Esquire Wolff, Hill, McFarlin & Herron, P.A. 1851 W Colonial Dr Orlando, FL 32804 | | Attorney fees | | | | $2,500.00 |
| Laing & Weicholz, P.L. 6111 Broken Sound Pkwy NW #300 Boca Raton, FL 33487 | | Legal fees | | | | $2,600.00 |
| Manuel A. Gutierrez 2080 NW Boca Raton Blvd. #6 Boca Raton, FL 33431 | | Real Estate Brokerage | | | | $30,500.00 |
| Marcus & Millichap 5900 N Andrews Av #100 Fort Lauderdale, FL 33309 | | Real estate brokerage | | | | $61,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **Club Village, LLC**                                      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Melina Home Services, LLC 16113 E Edinburgh Dr Loxahatchee, FL 33470-3723 | | Construction | | | | $15,000.00 |
| MTP Services, Inc. 7932 Picklewood Park Dr Boynton Beach, FL 33437 | | Plumbing | | | | $8,000.00 |
| RediCarpet PO Box 975526 Dallas, TX 75397 | | Carpet installation | | | | $4,000.00 |
| Rubin & Associates CPA Firm, PA 2080 NW Boca Raton Blvd #6 Boca Raton, FL 33431 | | Accounting services | | | | $1,600.00 |
| Sunrise Projects, LLC 11027 Baybreeze Wy Boca Raton, FL 33428 | | Roof repairs | | | | $11,000.00 |
| Tal Frydman 2255 Glades Rd. Suite 419A Boca Raton, FL 33431 | | Real estate brokerage | | | | $61,000.00 |
| Zimmer Construction Consultants PA 129 NW 13 St. #200 Boca Raton, FL 33432 | | Construction | | | | $3,700.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Club Village, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      **11,300,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $      **212,095.13**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $      **11,512,095.13**

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **10,800,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $      **128,264.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      **288,962.17**

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b      $      **11,217,226.17**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Club Village, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$50.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Checking - Operating acct** | **0414** | **$43,183.04** |
| 3.2. | **Regions Bank** | **Checking - Tax Escrow account** | **0384** | **$98,177.09** |
| 3.3. | **Regions Bank** | **Checking - Security Deposit account** | **8882** | **$46,435.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$187,845.13** |
|---|

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Club Village, LLC**_____    Case number *(If known)* _____
          Name

| 7.1. | **Florida Power & Light (9 accounts)** | $1,850.00 |

| 7.2. | **City of Boca Raton (8 accounts)** | $6,300.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                      $8,150.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:      8,650.00      -           0.00       = ....        $8,650.00
                                      face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                     $8,650.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| 22.    Other inventory or supplies **Supplies inventory (see attached)** | | Unknown | | $1,400.00 |

23.    **Total of Part 5.**                                                                                     $1,400.00
       Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Club Village, LLC**
     Name
Case number *(If known)* _____

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **Security camera system with monitor, 6 cameras** | **Unknown** | | **$850.00** |
| **Pool furniture: 16 chairs, 4 tables, 6 resin chaises** | **Unknown** | | **$650.00** |
| **Lawn equipment in trailer: lawnmover, weed eater, edger, chainsaw, pole saw, office golf cart, maintenance golf cart, 5,250 watt electric generator, 15,000 watt electric generator** | **Unknown** | **N/A** | **$3,000.00** |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 desks, 2 file cabinets, 3 office chairs, 2 bookshelves** | **Unknown** | | **$750.00** |
| **3 desk-top computers with 4 monitors** | **Unknown** | | **$750.00** |
| **1 AT&T phone system with answering machine and 2 handsets** | **Unknown** | | **$50.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Club Village, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | **$6,050.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **84-unit apartment complex**<br>**1551 NW 13th Street, Boca Raton (701-714)**<br>**1575 NW 13th Street (601-614)**<br>**1599 NW 13th Street (501-510)**<br>**1601 NW 13th Street (Leasing Office)**<br>**1625 NW 13th Street (401-412)**<br>**1651 NW 13th Street (301-310)**<br>**1675 NW 13th Street (201-210)**<br>**1701 NW 13th Street (101-114)**<br><br>**\*\*Valuation calculated by 2 MAI Appraisals and LOI\*\*** | **Fee simple** | **Unknown** | **Appraisal** | **$11,300,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Club Village, LLC**                                    Case number *(If known)* _____
          Name

56.   **Total of Part 9.**                                                              | $11,300,000.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☑ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☐ No
      ☑ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>Tenant list, rent roll (see attached) | Unknown | | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                             | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

Debtor    **Club Village, LLC**
Name

Case number *(if known)* _____

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | |
|---|---|---|
| **Potential counter-claims against CW Capital, CF SBC Pledgor 1 2012-1 Trust, Fortress and JPMorgan Chase** | | **Unknown** |
| **Nature of claim** | **Counter Claim** | |
| **Amount requested** | **$0.00** | |

| | | |
|---|---|---|
| **Club Village, LLC vs. CF SBC Pledgor 4th District Court of Appeal Case #4D16-2463** | | **Unknown** |
| **Nature of claim** | **Appeal** | |
| **Amount requested** | **$0.00** | |

| | | |
|---|---|---|
| **CF SBC Pledgor vs. Club Village, LLC Case #502012CA012536XXXXMB** | | **Unknown** |
| **Nature of claim** | **Pending Motion for Stay in case** | |
| **Amount requested** | **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Club Village, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $187,845.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,150.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,650.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $11,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $212,095.13 | + 91b. $11,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,512,095.13 |

**Inventory of Supplies**

4   Red Cones
2   Wet Vac
1   Air Compressor
1   Microwave Range
3   Exits Lights
10  Gal Matte Paint
7   Vacuum
1   Paint Sprayer Machine
1   Skill Saw
1   Bathroom Sink Cabinet
2   Folding Wood Closet Doors
1   Steel Ladder
1   Closet White Ladder
1   Wheel Barrel
1   Weedeater
1   Dolly
11  Closet White Doors
2   Dishwasher
4   5 gal Gas Containers
1   Room Doors
3   AC Door
1   Key maker
1   Double sink Kitchen counter (old)
5   Security Lights
1   Green Hose
2   Steel Ladder
2   Bathroom Sinks
1   5250 Watt Electric Generator
1   15000 Electric Generator
1   Mower Blade
1   Tile Cutter
1   Weed Eater
1   Gas Chain Saw
1   Small Air Delivery 2HP Compressor
1   Orange Extension Cord
1   Box 10 Bulb Pack 34 Watts
1   Electric Makita 48 Inch
1   Box Tile 6x8
2   Hand Saw
1   Bathroom Ceiling Fans
5   Complete Plastic Bathdrain
5   Toilet Tank covers
2   Range Cords
1   3Pc Rain suit
5   Brass Cut Tank Water Heater Connectors
7   Toilet  Seat Covers
14  Blinds
1   10/2 Electric Wire
1   Pressure  Cleaner
2   AC Closet Doors

| | |
|---|---|
| 1 | Kitchen Faucet |
| 1 | 5Gal Mold Resistant Coating |
| 4 | Shower Kit |
| 1 | Box of Dryer Vent Hood & Ballard |
| 3 | Chain Saw Chains |
| 2 | Universal Water Heater Repair Parts |
| 2 | Stainless Steel Eye to Eye Turn Buckle |
| 1 | Royal Drill Hammer |
| 1 | Regular Drill |
| 1 | Chain Saw |
| 1 | Snake Machine |
| 1 | Ceiling Round Dining Room Lights |
| 1 | Box of AC filters 16X20 |
| 1 | Box of AC filters 16X20 |
| 1 | Range Hood |
| 5 | Busters |
| 7 | Bed and Bath Door Locks |
| 4 | Boxes 12X12 Tiles |
| 5 | Gallons of Semi Gloss Paint |

**Attachment to Part 10: Intangibles and Intellectual Property**
Case 16-21497-EPK · Doc 1 · Filed 08/22/16 · Page 18 of 42
**#63 Customer lists, mailing lists or other compilations - TENANT RENT ROLL**

# Rent Roll

A list of all active leases and a summary of the information.

**Total Monthly Rent**

$83,465.00

| Lease Name | Unit Abbr. Name | Start Date | End Date | Monthly Charges | Deposit Held | Balance | Unit Address | Current Rent | Bedrooms | Bathrooms | Building Abbr. Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bros, J. | 101 | 08/05/2013 | 08/04/2017 | $1,250.00 | $650.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Martinez, C. | 102 | 06/01/2010 | 05/31/2017 | $1,250.00 | $1,075.00 | $-1.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Rojo, Z. | 103 | 11/08/2013 | 11/07/2016 | $1,250.00 | $500.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Warren Jr. - Haynes | 104 | 05/08/2015 | 05/07/2017 | $1,190.00 | $500.00 | $-65.00 | 1701 N.W. 13th Street | $1,190.00 | 3 | 2.0 | #1 |
| Rodriguez - Young | 105 | 05/24/2013 | 05/23/2014 | $1,250.00 | $500.00 | $297.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Ramirez, B. | 106 | 07/10/2009 | 08/24/2016 | $1,250.00 | $1,000.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Ramirez, P. | 107 | 07/01/2009 | 08/24/2017 | $1,250.00 | $1,100.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| DePaula, M. | 111 | 05/01/2016 | 10/31/2016 | $1,250.00 | $1,000.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Gonzalez, K. | 112 | 07/06/2014 | 07/05/2015 | $1,250.00 | $500.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Candelaria, Y. | 113 | 07/25/2016 | 01/31/2017 | $1,250.00 | $1,000.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Pineros, H. | 114 | 08/26/2013 | 08/25/2017 | $1,250.00 | $500.00 | $0.00 | 1701 N.W. 13th Street | $1,250.00 | 3 | 2.0 | #1 |
| Sierra, E. | 201 | 01/01/2015 | 12/31/2016 | $1,150.00 | $0.00 | $0.00 | 1675 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #2 |
| Contrera, C. | 202 | 01/15/2010 | 08/24/2016 | $1,100.00 | $500.00 | $0.00 | 1675 N.W. 13th Street | $1,100.00 | 2 | 2.0 | #2 |
| GUZMAN, R. | 203 | 06/01/2014 | 05/31/2015 | $1,010.00 | $0.00 | $1,100.00 | 1675 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #2 |
| Austin, A. | 204 | 05/31/2015 | 05/30/2016 | $1,025.00 | $1,000.00 | $0.00 | 1675 N.W. 13th Street | $1,025.00 | 2 | 2.0 | #2 |
| Olmedo, A. | 205 | 02/09/2016 | 02/08/2017 | $1,150.00 | $500.00 | $0.00 | 1675 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #2 |
| Perez, J. | 206 | 04/01/2016 | 03/31/2017 | $1,150.00 | $1,000.00 | $0.00 | 1675 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #2 |
| Preza, J. | 207 | 06/01/2012 | 05/31/2017 | $1,150.00 | $500.00 | $0.00 | 1675 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #2 |
| Moralez, E. | 208 | 08/12/2015 | 08/11/2016 | $1,075.00 | $500.00 | $0.00 | 1675 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #2 |
| Calero, O. | 209 | 10/01/2015 | 09/30/2016 | $1,075.00 | $1,000.00 | $0.00 | 1675 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #2 |
| Guillen, P._1 | 210 | 07/01/2014 | 06/30/2017 | $1,150.00 | $500.00 | $0.00 | 1675 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #2 |
| Sampson, J. | 301 | 08/01/2009 | 08/10/2017 | $1,150.00 | $500.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |
| Webster, P. | 302 | 07/01/2009 | 07/29/2017 | $1,100.00 | $0.00 | $0.00 | 1651 N.W. 13th Street | $1,100.00 | 2 | 2.0 | #3 |
| Gomez, G. | 303 | 11/15/2013 | 11/14/2016 | $1,010.00 | $500.00 | $0.00 | 1651 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #3 |
| Rios, C. | 304 | 05/01/2011 | 04/30/2017 | $1,150.00 | $500.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |
| Gallardo, E. | 305 | 01/16/2015 | 01/15/2017 | $1,150.00 | $500.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |
| Garcia, R._1 | 306 | 06/01/2009 | 09/09/2016 | $1,150.00 | $975.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |

| | |
|---|---|
| **Generated By:** | Evelyn Hernandez |
| **Generated On:** | 08/18/2016 |
| **Run Date:** | 12/31/2016 |

**Attachment to Part 10: Intangibles and Intellectual Property**
Case 16-21497-EPK · Doc 1 · Filed 08/22/16 · Page 19 of 42
**#63 Customer lists, mailing lists or other compilations - TENANT RENT ROLL**

# Rent Roll

A list of all active leases and a summary of the information.

| Tenant | Unit | Start | End | Rent | Deposit | Balance | Address | Market Rent | Beds | Baths | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cruz, A. | 307 | 08/29/2014 | 08/28/2016 | $1,150.00 | $1,000.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |
| Ramirez, H. | 308 | 03/31/2015 | 03/30/2017 | $1,075.00 | $500.00 | $0.00 | 1651 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #3 |
| Morales, E. | 309 | 12/01/2014 | 11/30/2016 | $1,150.00 | $1,000.00 | $0.00 | 1651 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #3 |
| Velasquez, E. | 310 | 10/01/2015 | 09/30/2016 | $1,075.00 | $1,000.00 | $0.00 | 1651 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #3 |
| Zarate, E. | 401 | 07/16/2012 | 07/08/2017 | $975.00 | $500.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Osorio, A. | 402 | 02/02/2015 | 02/01/2017 | $975.00 | $500.00 | $150.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Guillen, M. | 403 | 01/22/2014 | 01/21/2017 | $950.00 | $500.00 | $0.00 | 1625 N.W. 13th Street | $950.00 | 2 | 1.0 | #4 |
| Lazarre, Y. | 404 | 02/01/2016 | 01/31/2017 | $975.00 | $0.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Fallas Quesada, B. | 405 | 09/30/2011 | 09/29/2016 | $975.00 | $500.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Yi, J. | 406 | 03/31/2010 | 02/28/2017 | $975.00 | $0.00 | $624.70 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Lunes, N. | 407 | 10/01/2013 | 09/30/2016 | $975.00 | $500.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Acevedo, W. | 408 | 10/05/2009 | 08/24/2017 | $975.00 | $1,075.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Labori, J. | 409 | 12/15/2009 | 08/29/2017 | $975.00 | $260.00 | $-35.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Velasquez Rios, G. | 410 | 03/01/2016 | 02/28/2017 | $975.00 | $1,000.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Salazar, E. | 411 | 05/30/2011 | 05/29/2017 | $975.00 | $0.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Martinez, Z. | 412 | 07/31/2014 | 07/30/2017 | $975.00 | $500.00 | $0.00 | 1625 N.W. 13th Street | $975.00 | 2 | 1.0 | #4 |
| Lopez, E. | 501 | 04/01/2010 | 03/31/2017 | $1,150.00 | $500.00 | $0.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| Rueda, G. | 502 | 06/22/2012 | 06/21/2017 | $1,010.00 | $500.00 | $-15.00 | 1599 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #5 |
| Molina - Castro | 503 | 05/15/2009 | 08/05/2017 | $1,010.00 | $500.00 | $0.00 | 1599 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #5 |
| Perez, M. | 504 | 01/01/2013 | 12/31/2016 | $1,150.00 | $500.00 | $0.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| Francisco, G. | 505 | 06/01/2009 | 08/24/2017 | $550.00 | $0.00 | $0.00 | 1599 N.W. 13th Street | $550.00 | 2 | 2.0 | #5 |
| Argueta, L. | 506 | 10/18/2013 | 10/17/2016 | $1,150.00 | $500.00 | $600.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| Wadner, C. | 507 | 08/29/2014 | 08/28/2015 | $1,150.00 | $1,000.00 | $660.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| WATANABE, D. | 508 | 04/20/2016 | 11/30/2016 | $1,150.00 | $1,000.00 | $0.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| Calderon, J._1 | 509 | 08/05/2014 | 08/04/2015 | $1,150.00 | $500.00 | $0.00 | 1599 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #5 |
| Jaimes Qchoa, L. | 510 | 08/01/2015 | 07/31/2016 | $1,075.00 | $1,000.00 | $0.00 | 1599 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #5 |
| McGill - McGill | 601 | 05/01/2010 | 04/30/2017 | $1,150.00 | $0.00 | $0.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Perez, A. | 602 | 09/02/2013 | 09/01/2017 | $1,150.00 | $500.00 | $1,706.37 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Gonzalez, A. | 603 | 02/01/2016 | 01/31/2017 | $1,150.00 | $500.00 | $0.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Penn, K. | 604 | 07/15/2009 | 08/24/2017 | $1,010.00 | $1,800.00 | $0.00 | 1575 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #6 |
| Samedi, M. | 605 | 04/01/2012 | 03/31/2013 | $1,010.00 | $0.00 | $1,842.00 | 1575 N.W. 13th Street | $1,010.00 | 2 | 2.0 | #6 |
| Espinoza-Mercado, M. | 606 | 04/11/2011 | 03/31/2014 | $1,150.00 | $500.00 | $75.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Jimenez, J. | 608 | 10/01/2009 | 08/24/2011 | $1,150.00 | $500.00 | $1,225.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |

**Attachment to Part 10: Intangibles and Intellectual Property**
Case 16-21497-EPK    Doc 1    Filed 08/22/16    Page 20 of 42
**#63 Customer lists, mailing lists or other compilations - TENANT RENT ROLL**

## Rent Roll

A list of all active leases and a summary of the information.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rivera, J. | 609 | 06/01/2012 | 05/31/2013 | $1,150.00 | $500.00 | $275.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Merritt, P. | 610 | 09/10/2010 | 08/31/2011 | $960.00 | $0.00 | $0.00 | 1575 N.W. 13th Street | $960.00 | 2 | 2.0 | #6 |
| Mogollon, J. | 611 | 06/01/2013 | 05/31/2017 | $1,150.00 | $500.00 | $0.00 | 1575 N.W. 13th Street | $1,150.00 | 2 | 2.0 | #6 |
| Garduno, D. | 612 | 12/01/2015 | 11/30/2016 | $1,075.00 | $1,000.00 | $0.00 | 1575 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #6 |
| Molina, V. | 614 | 02/13/2015 | 02/12/2017 | $1,075.00 | $1,000.00 | $-75.00 | 1575 N.W. 13th Street | $1,075.00 | 2 | 2.0 | #6 |
| Bloxam, J. | 701 | 01/02/2014 | 01/01/2017 | $875.00 | $0.00 | $75.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Monge, M. | 702 | 05/31/2013 | 05/30/2017 | $875.00 | $500.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Ruiz, A. | 703 | 08/01/2014 | 07/31/2017 | $875.00 | $0.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Pagan - Calderon | 704 | 05/01/2010 | 04/30/2011 | $875.00 | $0.00 | $1,705.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Jeanty, M. | 705 | 08/31/2015 | 08/30/2016 | $840.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $840.00 | 1 | 1.0 | #7 |
| Amaya, R. | 706 | 03/01/2014 | 02/28/2015 | $875.00 | $500.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Hernandez, D. | 707 | 02/18/2014 | 02/17/2015 | $875.00 | $500.00 | $40.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Auguste, J. | 708 | 05/18/2016 | 11/30/2016 | $875.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| VASQUEZ, M. | 709 | 09/01/2016 | 03/31/2017 | $875.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| RODRIGUEZ, J. | 710 | 09/01/2015 | 08/31/2016 | $840.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $840.00 | 1 | 1.0 | #7 |
| Michel, R. | 711 | 06/01/2016 | 12/31/2016 | $875.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Guillermo, Z. | 712 | 03/22/2016 | 03/21/2017 | $875.00 | $1,000.00 | $425.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Prado - Zarate | 713 | 02/25/2011 | 02/24/2017 | $875.00 | $500.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |
| Cooper, J. | 714 | 05/29/2015 | 05/28/2016 | $875.00 | $1,000.00 | $0.00 | 1551 N.W. 13th Street | $875.00 | 1 | 1.0 | #7 |

**Fill in this information to identify the case:**

Debtor name  **Club Village, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** — Amount of claim — Do not deduct the value of collateral. / **Column B** — Value of collateral that supports this claim |

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **CF SBC Pledgor 1 2012-1 Trust**<br>Creditor's Name<br><br>**c/o Robert N. Gilbert, Esquire**<br>**Carlton Fields, P.A.**<br>**525 Okeechobee Blvd. #1200**<br>**West Palm Beach, FL 33401**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**8592**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**84-unit apartment complex**<br>**1551 NW 13th Street, Boca Raton (701-714)**<br>**1575 NW 13th Street (601-614)**<br>**1599 NW 13th Street (501-510)**<br>**1601 NW 13th Street (Leasing Office)**<br>**1625 NW 13th Street (401-412)**<br>**1651 NW 13th Street (301-310)**<br>**1675 NW**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$10,800,000.00** | **$11,300,000.00** |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$10,800,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Club Village, LLC**
Name

Case number (if know)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CW Capital**<br>**One Charles River Pl**<br>**63 Kendrick St.**<br>**Needham, MA 02494** | Line __2.1__ | **8592** |
| **CW Capital, LLC**<br>**PO Box 90498**<br>**Chicago, IL 60696-0498** | Line __2.1__ | **8592** |

**Fill in this information to identify the case:**

Debtor name    **Club Village, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Dept. of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Total claim: $0.00    Priority amount: $0.00 (2.2)

| Debtor | Club Village, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128,264.00 | $0.00 |
|---|---|---|---|---|

| | **Palm Beach County Tax Collector**<br>**P.O. Box 3715**<br>**West Palm Beach, FL 33402-3715** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Real property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,262.17** |
|---|---|---|---|

**C. Brooks Ricca, Jr. and Assoc. PA**
**1615 Forum Pl #200**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Comcast**
**PO Box 105184**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Cable**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Eubanks Air Conditioning**
**3 Polo Cir**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Miscellaneous goods and services**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Frank Wolff, Esquire**
**Wolff, Hill, McFarlin & Herron, P.A.**
**1851 W Colonial Dr**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Attorney fees**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Laing & Weicholz, P.L.**
**6111 Broken Sound Pkwy NW #300**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor  **Club Village, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,500.00** |

**Manuel A. Gutierrez**
**2080 NW Boca Raton Blvd. #6**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Real Estate Brokerage**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **$61,000.00** |

**Marcus & Millichap**
**5900 N Andrews Av #100**
**Fort Lauderdale, FL 33309**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Real estate brokerage**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **$15,000.00** |

**Melina Home Services, LLC**
**16113 E Edinburgh Dr**
**Loxahatchee, FL 33470-3723**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Construction**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **$8,000.00** |

**MTP Services, Inc.**
**7932 Picklewood Park Dr**
**Boynton Beach, FL 33437**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plumbing**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **$4,000.00** |

**RediCarpet**
**PO Box 975526**
**Dallas, TX 75397**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Carpet installation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **$1,600.00** |

**Rubin & Associates CPA Firm, PA**
**2080 NW Boca Raton Blvd #6**
**Boca Raton, FL 33431**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Accounting services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **$11,000.00** |

**Sunrise Projects, LLC**
**11027 Baybreeze Wy**
**Boca Raton, FL 33428**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Roof repairs**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Club Village, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,000.00** |
|---|---|---|---|

**Tal Frydman**
**2255 Glades Rd.**
**Suite 419A**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real estate brokerage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**Zimmer Construction Consultants PA**
**129 NW 13 St. #200**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                                    128,264.00 |
| **5b. Total claims from Part 2** | 5b.   + | $                                    288,962.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                                    417,226.17 |

**Fill in this information to identify the case:**

Debtor name    **Club Village, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Insurance premium finance agreement, account #7058 for property, general liability and flood insurance.** |
| State the term remaining | **12 months remaining** |
| List the contract number of any government contract | **First Insurance Funding Corp.**<br>**450 Skokie Blvd, Suite 1000**<br>**Northbrook, IL 60062-7917** |

**Fill in this information to identify the case:**

Debtor name   **Club Village, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Fred DeFalco** | **1601 NW 13 St**<br>**Boca Raton, FL 33486** | **CF SBC Pledgor 1**<br>**2012-1 Trust** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Club Village, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $660,177.67 |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | $950,352.48 |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | $943,431.38 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Club Village, LLC                                            Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | CF SBC Pledgor vs. Club Village, LLC 502012CA012536XXXXMB | Foreclosure | Circuit Court PB County Florida 205 N. Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending ■ On appeal ☐ Concluded |
| 7.2. | Fred DeFalco v. Lee Ann McNabb 402011CA015761XXXXMB | Civil | Circuit Court PB County Florida 205 N Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | Club Village, LLC v. CW Capital Management, LLC 502012CA004753XXXXMB | Civil | Circuit Court PB County Florida 205 N Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Ron Dable v. Fred DeFalco 502010CA013414XXXXMB | Civil | Circuit Court, PB County Florida 205 N Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | Club Village, LLC vs. CF SBC Pledgor 4D16-2463 | Appeal | Fourth District Court of Appeals 1525 Palm Beach Lakes Blvd West Palm Beach, FL 33401 | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Club Village, LLC | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr and Cohen, P.A.**<br>**2255 Glades Road**<br>**Suite 337W**<br>**Boca Raton, FL 33431** | | **8/18/2016** | **$9,500.00** |
| | Email or website address<br>**Furrcohen.com** | | | |
| | Who made the payment, if not debtor?<br>**101 Gates Drive, LLC** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Club Village, LLC**                                        Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Furr and Cohen, P.A.** <br> **2255 Glades Road** <br> **Suite 337W** <br> **Boca Raton, FL 33431** | | **8/22/2016** | **$2,500.00** |
| Email or website address <br> **Furrcohen.com** | | | |
| Who made the payment, if not debtor? <br> **Fred DeFalco, PA** | | | |
| 11.3. **Furr and Cohen, P.A.** <br> **2255 Glades Road** <br> **Suite 337W** <br> **Boca Raton, FL 33431** | **Gift** | **8/22/16** | **$6,500.00** |
| Email or website address <br> **Furrcohen.com** | | | |
| Who made the payment, if not debtor? <br> **Encouragement Enterprises** | | | |
| 11.4. **Furr and Cohen, P.A.** <br> **2255 Glades Road** <br> **Suite 337W** <br> **Boca Raton, FL 33431** | **Gift** | **8/22/16** | **$9,500.00** |
| Email or website address <br> **Furrcohen.com** | | | |
| Who made the payment, if not debtor? <br> **Edward Cassatly** | | | |
| 11.5. **Furr and Cohen, P.A.** <br> **2255 Glades Road** <br> **Suite 337W** <br> **Boca Raton, FL 33431** | **Gift** | **8/22/2016** | **$2,000.00** |
| Email or website address <br> **Furrcohen.com** | | | |
| Who made the payment, if not debtor? <br> **Joseph H. Rosaler DDS PA** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Club Village, LLC**                                    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Club Village, LLC _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Fred DeFalco, P.A. 1601 NW 13 St. Boca Raton, FL 33486 | 1551 NW 13th St. Boca Raton, FL 33486 | Burgundy office furniture: bookshelves (1 small, 1 large) 4 black leather executive office chairs,  Savin copier/fax/scanner, Samsung phone system, digital message repeater. | $3,500.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Club Village, LLC**                                        Case number *(if known)*

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Rubin & Associates CPA Firm, PA**<br>**2080 Boca Raton Blvd. #6**<br>**Boca Raton, FL 33431** | **August 2007 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Club Village, LLC**<br>**1601 NW 13th St.**<br>**Boca Raton, FL 33486** | |
| 26c.2.  **Rubin & Associates CPA Firm, PA**<br>**2080 NW Boca Raton Blvd. #6**<br>**Boca Raton, FL 33431** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

---

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

---

| Debtor | Club Village, LLC | Case number *(if known)* | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fred DeFalco | 1601 NW 13th St. | Managing Member | 100% ownership |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Club Village, LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2016**

**/s/ Fred DeFalco**                                    **Fred DeFalco**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re __Club Village, LLC__ _____  Case No. _____
                                              Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fred DeFalco**<br>**1601 NW 13th St**<br>**Boca Raton, FL 33486** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date __August 22, 2016__ _____     Signature __/s/ Fred DeFalco_____
                                                        __Fred DeFalco__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Club Village, LLC** _____ Case No. _____

                                  Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 22, 2016** _____        **/s/ Fred DeFalco** _____

                                              **Fred DeFalco**/**Managing Member**
                                              Signer/Title

.

C. Brooks Ricca, Jr. and Assoc. PA
1615 Forum Pl #200
West Palm Beach, FL 33401


CF SBC Pledgor 1 2012-1 Trust
c/o Robert N. Gilbert, Esquire
Carlton Fields, P.A.
525 Okeechobee Blvd. #1200
West Palm Beach, FL 33401


Comcast
PO Box 105184
Atlanta, GA 30348


CW Capital
One Charles River Pl
63 Kendrick St.
Needham, MA 02494


CW Capital, LLC
PO Box 90498
Chicago, IL 60696-0498


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Eubanks Air Conditioning
3 Polo Cir
Boca Raton, FL 33431


Frank Wolff, Esquire
Wolff, Hill, McFarlin & Herron, P.A.
1851 W Colonial Dr
Orlando, FL 32804


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Laing & Weicholz, P.L.
6111 Broken Sound Pkwy NW #300
Boca Raton, FL 33487

Manuel A. Gutierrez
2080 NW Boca Raton Blvd. #6
Boca Raton, FL 33431


Marcus & Millichap
5900 N Andrews Av #100
Fort Lauderdale, FL 33309


Melina Home Services, LLC
16113 E Edinburgh Dr
Loxahatchee, FL 33470-3723


MTP Services, Inc.
7932 Picklewood Park Dr
Boynton Beach, FL 33437


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


RediCarpet
PO Box 975526
Dallas, TX 75397


Rubin & Associates CPA Firm, PA
2080 NW Boca Raton Blvd #6
Boca Raton, FL 33431


Sunrise Projects, LLC
11027 Baybreeze Wy
Boca Raton, FL 33428


Tal Frydman
2255 Glades Rd.
Suite 419A
Boca Raton, FL 33431


Zimmer Construction Consultants PA
129 NW 13 St. #200
Boca Raton, FL 33432


First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917

Fred DeFalco
1601 NW 13th St
Boca Raton, FL 33486